**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE MANUEL MEJIA,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>FRED FOULK, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV14-00228 ODW (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 2-5-15

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Otis D. Wright
　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE