**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSUE MANUEL MEJIA, | ) | CASE NO. CV 14-00228 ODW (RZ) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| FRED FOULK, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of JOSUE MANUEL MEJIA for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 2-5-15

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE